# Court of Appeals
# of the State of Georgia

ATLANTA, __July 03, 2014__

*The Court of Appeals hereby passes the following order:*

**A14I0229.   PROGRESSIVE MOUNTAIN INSURANCE COMPANY v. RANDALL H. MEEKS.**

Progressive Mountain Insurance Company has filed a motion for permission to withdraw its application for interlocutory appeal. The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __07/03/2014__
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*